UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Triton Pacific Securities, LLC    Plaintiff, <br><br> -v- <br><br> Mission Critical Services Corp. <br><br> Defendant. | Case No. 19-05789 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Triton Pacific Securities, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** June 27, 2019

**Signature of Attorney**

**Attorney Bar Code:** 4594081

Form Rule7_1.pdf  SDNY Web 10/2007