UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
**TRITON PACIFIC SECURITIES, LLC,** :
:
    *Plaintiff and Counterclaim Defendant* :
 - v- : Case No. 1:19-cv-05789
:
**MISSION CRITICAL SERVICES CORP.,** :
:
    *Defendant and Counterclaim Plaintiff* :
 - v- : **NOTICE OF**
: **APPEARANCE**
**TRITON PACIFIC ADVISER, LLC,** :
**TRITON PACIFIC INVESTMENT** :
**CORPORATION, INC.,** :
**TRITON PACIFIC CAPITAL PARTNERS, LLC,** :
**TRITON PACIFIC CAPITAL GROUP, LLC,** :
**CRAIG J. FAGGEN, MICHAEL L. CARROLL,** :
**BRIAN D. BUEHLER AND WENDY F. POOLE,** :
:
    *Counterclaim Defendants* :
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, Kevin D. Galbraith of Galbraith Law Firm hereby enters his appearance in this action as counsel for Defendant Mission Critical Services Corp. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
      August 12, 2019

Respectfully Submitted,

    THE GALBRAITH LAW FIRM

    /s/ Kevin D. Galbraith, Esq.

    Kevin D. Galbraith
    Attorneys for the Defendants
    236 W 30th Street, Fifth Floor
    New York, New York 10001
    O: (212) 203-1249
    F: (646) 390-5935
    kevin@galbraithlawfirm.com

To: All Counsel via ECF