RECEIVED
SDNY PRO SE OFFICE

2019 SEP 13 PM 12:03

S.D. OF N.Y.

September 10, 2019

Pro Se Intake Unit
Room 105
40 Foley Square
New York, NY 10007

Re: Case 1:19-cv-05789-PAE. Triton Pacific Securities, LLC v Mission Critical Services Corp.

Dear Judge Engelmayer:

I am the President of Mission Critical Services Corp. ("MCSC"). MCSC is a defendant in this matter and my understanding is that a response to plaintiff's motion to dismiss is due within a week. However, I cannot get in touch with my attorney, Kevin Galbraith of The Galbraith Law Firm LLC. I do not have a replacement attorney at this time and am starting at step one in diligently seeking a substitute attorney.

I respectfully request a 60-day extension on any pending deadlines.

Sincerely,

Darren Kane
President
Mission Critical Services Corp.
Telephone: (212) 734-0322