

236 West 30th Street, 5th Floor  212.203.1249 (p)  kevin@kevingalbraithlaw.com
New York, New York 10001         646.390.5935 (f)  kevingalbraithlaw.com

September 17, 2019

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
Room 1035
New York, NY 10007

      Re: *Triton Pacific Securities LLC v. Mission Critical Services Corp.*,
        1:19-cv-05789 PAE (S.D.N.Y.)

Dear Judge Engelmayer:

My firm represents Defendant and Counterclaim-Plaintiff Mission Critical Services Corp. ("MCSC") in this matter.

I write to respectfully request that my firm be relieved as counsel for MCSC. There have developed fundamental and irreconcilable disagreements concerning how to communicate concerning the representation and how to litigate this matter. Suffice it to say that the relationship has not proceeded as either party had envisioned. This disagreement has culminated in MCSC's letter to the *Pro Se* Office of this Court (Docket No. 13), requesting a 60-day extension of the pending deadlines so that it may engage new counsel. While we do not agree with the contents of that letter, my firm supports the extension requested by MCSC, so that it may engage new counsel of its choosing.

I sincerely appreciate Your Honor's consideration of this request.

                                                                Respectfully Submitted,

                                                                Kevin D. Galbraith

1