AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Triton Pacific Securities, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-05789 (PAE) |
| Mission Critical Services Corp., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mission Critical Services Corp.,

Date: 10/07/2019

*Attorney's signature*

Liam O'Brien   LO 3930
*Printed name and bar number*

McCormick & O'Brien, LLP
9 E 40th St, 4th Floor
New York, New York 10016
*Address*

lobrien@mcoblaw.com
*E-mail address*

(212) 320-8972
*Telephone number*

(212) 504-9574
*FAX number*

---

The Court notes the appearance of Mr. O'Brien on behalf of defendant Mission Critical Services Corp. Mr. O'Brien's attention is directed to the briefing schedule set forth at Dkt. 16.

The Clerk of Court is respectfully directed to terminate Erick Haman as counsel for defendant and to terminate the motion pending at Dkt. 15. SO ORDERED.

10/8/19

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge