UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRITON PACIFIC SECURITIES, LLC,

                          Plaintiff,

-v-

MISSION CRITICAL SERVICES CORP.

                          Defendant.

19 Civ. 5789 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 21, 2019, the Court issued an order directing Triton Pacific Securities, LLC ("Triton"), by November 27, 2019, to either (1) file a new motion to dismiss Mission Critical Services Corp.'s ("Mission Critical") counterclaims, in response to Mission Critical's amended complaint, *see* Dkt. 11, or (2) file a letter on ECF asking the Court and opposing counsel to rely exclusively on its previously filed motion to dismiss, filed at Docket 9. Dkt. 25. Triton, regrettably, has not done so. The Court therefore concludes that Triton will be relying exclusively on its previously filed motion to dismiss. *See* Dkt. 9.

In light of the delay caused by Triton's failure to file a letter by the stated deadline, Mission Critical's opposition to the motion to dismiss is due by December 17, 2019. Triton's reply is due by December 24, 2019. These deadlines will not be modified further.

SO ORDERED.

                                                                        _____
                                                                         PAUL A. ENGELMAYER
                                                                         United States District Judge

Dated: December 4, 2019
         New York, New York