UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                       :

**TRITON PACIFIC SECURITIES, LLC**      :

       *Plaintiff and Counterclaim Defendant,*   :

                                               :     Case No. 1:19-cv-05789 (PAE)

       -v.-                                            :

**MISSION CRITICAL SERVICES CORP.,**   :

       *Defendant and Counterclaim Plaintiff,*   :

       -v.-                                            :

**TRITON PACIFIC ADVISER, LLC,**   :
**TRITON PACIFIC INVESTMENT**   :
**CORPORATION, INC.,**   :
**TRITON PACIFIC CAPITOL PARTNERS, LLC,**   :
**TRITON PACIFIC INVESTMENT GROUP, LLC,**   :
**CRAIG J. FAGGEN, MICHAEL L. CARROLL,**   :
**BRIAN D. BUEHLER AND WENDY POOLE,**   :

       *Third-Party Defendants.*   :

------------------------------------------------------------------------x

## **DECLARATION OF SCOTT A. GRIFFIN**

Scott A. Griffin hereby declares as follows:

1.    I am a member of the Bar of the States of New York, Florida and Ohio and a partner with the law firm of Griffin Hamersky LLP. I submit this Declaration based on my personal knowledge and in response to the Court's Order, dated December 6, 2019 [ECF Dkt. No. 30].

2.    I have registered to personally receive email notifications from the Court's ECF system in connection with the above-captioned matter.

In accord with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

true and correct to the best of my knowledge, information and belief.

Dated:      New York, New York
            December 9, 2019

                                        By: /s/ Scott A. Griffin
                                        Scott A. Griffin