UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
**TRITON PACIFIC SECURITIES, LLC** :
:
*Plaintiff and Counterclaim Defendant,* :
: Case No. 1:19-cv-05789 (PAE)
-*v*.- :
:
**MISSION CRITICAL SERVICES CORP.,** :
:
*Defendant and Counterclaim Plaintiff,* :
:
-*v*.- :
:
**TRITON PACIFIC ADVISER, LLC,** :
**TRITON PACIFIC INVESTMENT** :
**CORPORATION, INC.,** :
**TRITON PACIFIC CAPITOL PARTNERS, LLC,** :
**TRITON PACIFIC INVESTMENT GROUP, LLC,** :
**CRAIG J. FAGGEN, MICHAEL L. CARROLL,** :
**BRIAN D. BUEHLER AND WENDY POOLE,** :
:
*Third-Party Defendants.* :
:
------------------------------------------------------------------------x

## DECLARATION OF RICHARD K. MILIN

Richard K. Milin hereby declares as follows:

1.   I am a member of the Bar of the State of New York practicing at Griffin Hamersky LLP.  I submit this Declaration based on my personal knowledge and in response to the Court's Order dated December 6, 2019 [ECF Dkt. No. 30].

2.   On December 9, 2019, I became registered to personally receive email notifications from the Court's ECF system in the above-captioned matter.

In accord with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is

1

true and correct to the best of my knowledge, information and belief.

Executed:     New York, New York
              December 9, 2019

                                            By: /s/ Richard K. Milin
                                                 Richard K. Milin