UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                       :
TRITON PACIFIC SECURITIES, LLC,                                        :
                                                                       :          19 Civ. 5789 (PAE)
                                               Plaintiff,              :
                                                                       :          ORDER
                        -v-                                            :
                                                                       :
MISSION CRITICAL SERVICES CORP.,                                       :
                                                                       :
                                               Defendant.              :
                                                                       :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

    This case is referred to the Hon. Kevin Nathaniel Fox, United States Magistrate Judge, for mediation. The parties have separately agreed to certain stipulations governing the mediation, to which the Court expects counsel will alert Judge Fox. *See* Dkt. 52. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

                                                                                                           *Paul A. Engelmayer*

                                                                                   Paul A. Engelmayer
                                                                                    United States District Judge

Dated: September 17, 2020
       New York, New York