UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRITON PACIFIC SECURITIES, LLC,                 :

        Plaintiff,                                    :

                                                                 :          ORDER

        -against-

                                                                 :          19-CV-5789 (PAE)(KNF)

MISSION CRITICAL SERVICES CORP.,
                                                                 :
        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic conference will be held with the parties on October 9, 2020, at 11:00 a..m.  The parties shall use call-in number (888 557-8511) and enter access code 4862532.

Dated: New York, New York                          SO ORDERED:
       October 8, 2020

                                                                              _Kevin Nathaniel Fox_____
                                                                              KEVIN NATHANIEL FOX
                                                                              UNITED STATES MAGISTRATE JUDGE