UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRITON PACIFIC SECURITIES, LLC,                 :

        Plaintiff,                                       :

                                                                   :         ORDER
      -against-
                                                                   :         19-CV-5789 (PAE)(KNF)
MISSION CRITICAL SERVICES CORP.,
                                                                   :
        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with the parties on October 9, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the settlement conference scheduled previously for October 20, 2020, shall be held on October 27, 2020, at 2:30 p.m. The parties shall prepare and submit their confidential pre-conference letters in accordance with the discussion had during the conference.

Dated: New York, New York                SO ORDERED:
       October 9, 2020

                                                    *Kevin Nathaniel Fox*
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE