UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRITON PACIFIC SECURITIES, LLC,                :

                Plaintiff,                :

                                         :            ORDER
   -against-
                                         :            19-CV-5789 (KNF)

MISSION CRITICAL SERVICES CORP.,
                                         :

                Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference shall be held with the parties on November 5, 2020, at 11:00

a.m.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                    SO ORDERED:
       November 2, 2020

                                                           _____
                                                            KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE