UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRITON PACIFIC SECURITIES, LLC,

        Plaintiff,    19 Civ. 5789 (PAE) (KNF)
   -v-
                ORDER
MISSION CRITICAL SERVICES CORP.,

        Defendant.

PAUL A. ENGELMAYER, District Judge:

On September 24, 2020, the Court scheduled a case management conference in this matter for November 5, 2020, at 2:00 p.m.  Dkt. 56.  In light of the parties' subsequent consent to proceed before the Magistrate Judge, the Honorable Kevin N. Fox, in all proceedings, Dkt. 14, the conference scheduled at Dkt. 56 is canceled.

  SO ORDERED.

                  *Paul A. Engelmayer*
                  Paul A. Engelmayer
                  United States District Judge

Dated: November 4, 2020
     New York, New York